Same case below, 637 F.3d 1172.

Same case below, 638 F.3d 872.

**No. 11-290. Rick Charles Delacy, Petitioner v. California.**

565 U.S. 1156, 132 S. Ct. 1092, 181 L. Ed. 2d 977, 2012 U.S. LEXIS 779.

January 17, 2012. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

Same case below, 192 Cal. App. 4th 1481, 122 Cal. Rptr. 3d 216.

**No. 11-296. Scott Gustin, Petitioner v. United States.**

565 U.S. 1156, 132 S. Ct. 1092, 181 L. Ed. 2d 977, 2012 U.S. LEXIS 790.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 642 F.3d 573.

**No. 11-397. Rickie Dawson York, Petitioner v. Texas.**

565 U.S. 1156, 132 S. Ct. 1093, 181 L. Ed. 2d 977, 2012 U.S. LEXIS 759.

January 17, 2012. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 342 S.W.3d 528.

**No. 11-425. Applebee's International, Inc., Petitioner v. Gerald A. Fast, et al.**

565 U.S. 1156, 132 S. Ct. 1094, 181 L. Ed. 2d 977, 2012 U.S. LEXIS 709.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-427. Philip A. Downey, Petitioner v. Nicholas Knopick.**

565 U.S. 1156, 132 S. Ct. 1094, 181 L. Ed. 2d 977, 2012 U.S. LEXIS 784.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 639 F.3d 600.

**No. 11-437. Donald E. Bitzer, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

565 U.S. 1156, 132 S. Ct. 1094, 181 L. Ed. 2d 977, 2012 U.S. LEXIS 879.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 429 Fed. Appx. 984.

**No. 11-441. Myrna Malaterre, et al., Petitioners v. Amerind Risk Management Corporation.**

565 U.S. 1156, 132 S. Ct. 1094, 181 L. Ed. 2d 977, 2012 U.S. LEXIS 737.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 633 F.3d 680.